**Order entered January 6, 2021**



**In the**
**Court of Appeals**
**Fifth District of Texas at Dallas**

No. 05-20-00192-CR
No. 05-20-00194-CR

**HENRY MUNOZ, Appellant**

**v.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 382nd Judicial District Court**
**Rockwall County, Texas**
**Trial Court Cause No. 2-19-0773 & 2-19-0774**

**ORDER**

We **REINSTATE** these appeals.

On December 31, 2020, a supplemental clerk's record was filed with the trial court's order reflecting appellant's "Motion to Set Aside the Indictment for Failure to Afford a Constitutional Right to Speedy Trial" was denied effective January 27, 2020.

Briefing is complete, and the appeals will be submitted in due course.

/s/  CORY L. CARLYLE
JUSTICE